IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES VICTOR THOMPSON, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | MISCELLANEOUS ACTION H-13-738 |
| | § | |
| RICK THALER, | § | |
| | § | |
| *Respondent*. | § | |

## ORDER

Charles Victor Thompson, an inmate on Texas' death row, has filed a motion for the appointment of counsel. Dkt. 1. Under 18 U.S.C. § 3599(a)(2), "any [capital habeas petitioner] who is or becomes financially unable to obtain adequate representation . . . shall be entitled to the appointment of one or more attorneys." The Court finds Thompson indigent and unable to pay for his own representation. The Court authorizes Thompson to proceed in federal court without the payment of fees "throughout every subsequent stage of available judicial proceedings." 18 U.S.C. § 3599(e). Accordingly, the Court **APPOINTS** the following attorney to represent Thompson:

**Seth Kretzer**
440 Louisiana St., Ste. 200
Houston, TX 77002
713-775-3050
Fax: 713-224-2815
Email: seth@kretzerfirm.com

Mr. Kretzer will be compensated at the rate of $178 per hour, pursuant to 18 U.S.C. § 3599(g)(1). Mr. Kretzer may submit requests for interim payment for his work.

The parties will submit a proposed joint scheduling order within fourteen (14) days of the entry of this Order.

Signed at Houston, Texas on April 30, 2013.

_____
Gray H. Miller
United States District Judge