IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHARLES VICTOR THOMPSON, § | |
| § | |
| *Petitioner*, § | |
| § | |
| v. § | MISCELLANEOUS ACTION H-13-738 |
| § | |
| RICK THALER, § | |
| § | |
| *Respondent*. § | |

## ORDER

Charles Victor Thompson has filed an unopposed motion to appoint Jonathan Landers as co-counsel in this case. Dkt. 4. Federal law entitles capital habeas petitioners to "the appointment of one or more attorneys[.]" 18 U.S.C.A. § 3599(a)(2). The Court **GRANTS** Thompson's motion and appoints Mr. Landers as co-counsel for Thompson.

The Clerk will provide copies of this Order to the parties.

Signed at Houston, Texas on May 7, 2013.

_____
Gray H. Miller
United States District Judge